AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY RURAL HOUSING SERVICE OR SUCCESSORY AGENCY, UNITED STATES DEPARTMENT OF AGRIGULTURE

TODD A BROWN; CATHOLINE M BROWN; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS

CASE NUMBER: 16-cv-10630

ASSIGNED JUDGE: Sharon Johnson Coleman

DESIGNATED MAGISTRATE JUDGE: Susan E Cox

TO: (Name and address of Defendant)

Todd A Brown;
135 Laurel St
Wilmington, IL 60481

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashley K Rasmussen
Potestivo & Associates, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



November 16, 2016

DATE

**ProVest, LLC 1 East 22nd Street, Suite 120 Lombard, IL 60148-4975**

C16-40353

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY, RURAL HOUSING SERVICE OR SUCCESSORY AGENCY, UNITED STATES DEPARTMENT OF AGRICULTURE; et seq.**

**CASE NO. 16 CV 10630**
**135 LAUREL ST**
**WILMINGTON, IL 60481**

**VS.**

**TODD A. BROWN, ET AL,**

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I Karen Crohan being first duly sworn on oath despose and state as follows: I am over the age of 18, not a party to this action, and I am an employee of ProVest, LLC, a licensed private detective agency, license number 117-001336. Following are the results of my efforts to serve process in the aboved captioned case.

TYPE OF PROCESS: SUMMONS AND COMPLAINT

DEFENDANT TO BE SERVED: TODD A. BROWN

(x) Served ( ) Non-Served the within named defendant on 11/22/2016 @ 4:56 PM

ADDRESS WHERE ATTEMPTED OR SERVED **135 LAUREL ST**
**WILMINGTON, IL 60481**

THE HAIR, HEIGHT, WEIGHT, SEX, RACE/SKIN TONE, AND APPROXIMATE AGE OF THE DEFENDANT AND/OR OTHER PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
HAIR: BROWN HEIGHT: 5FT 8IN - 5FT 11IN WEIGHT: 131 LBS - 150 LBS SEX: MALE RACE/SKIN TONE: WHITE APPROXIMATE AGE: 51

(x) INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally.

Single-family, fair condition, frame, attached garage, utilities are on, not for sale.

I asked this person whether the defendant is on active duty, or is a dependent of anyone on active duty, in any of the Uniformed Services of the United States of America and obtained the following results:
(x) Military Status ( ) Refused (x) No ( ) Yes Branch:

The service fee is ________________.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

State of IL

County of Will

[signature] 12/20/16
Karen Crohan - Process Server
ProVest Case id # 4746881

Signed and sworn (or affirmed) to before me on 12/20/16 (date)
by KAREN CROHAN (name/s of person/s)

[signature]
Signature of Notary Public

"OFFICIAL SEAL"
Cheryl D Fraser
Notary Public, State of Illinois
My Commission Expires 9/7/2019